THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, and THE OFFICIAL STANFORD INVESTORS COMMITTEE<br><br>Plaintiffs<br><br>v.<br><br>ADAMS & REESE, LLP, CLAUDE REYNAUD, BREAZEALE SACHSE & WILSON, LLP, ROBERT SCHMIDT, JR., CORDELL HAYMON, THOMAS FRAZER<br><br>Defendants | CIVIL ACTION NO. 3:12-CV-00495-B |

## AGREED STIPULATION EXTENDING CERTAIN DEADLINES

Plaintiffs Ralph S. Janvey ("Janvey") and The Official Investors Committee (the "Committee") (collectively, the "Plaintiffs") and Defendants Claude Reynaud ("Reynaud") and Breazeale Sachse & Wilson, LLP ("BSW") file this stipulation extending certain deadlines and state as follows:

1. On August 11, 2014, BSW and Reynaud filed their *Supplement to Motions to Join, in Part, Defendant Cordell Haymon's Motion for Leave to Designate Responsible Third Parties and Brief in Support* ("Supplement to Motions") [Docket No. 127]. Plaintiffs' deadlines to respond to BSW's and Reynaud's Supplement to Motions is September 2, 2014.

2. Plaintiffs, BSW, and Reynaud hereby agree and stipulate that Plaintiffs' deadline to respond to BSW's and Reynaud's Supplement to Motion is extended to September 5, 2014.

Dated: September 2, 2014

**NELIGAN FOLEY LLP**

By: /s/ Douglas J. Buncher
    Nicholas A. Foley
    nfoley@neliganlaw.com
    Douglas J. Buncher
    dbuncher@neliganlaw.com
    John D. Gaither
    jgaither@neliganlaw.com
    Republic Center
    325 N. St. Paul, Suite 3600
    Dallas, Texas 75201
    Telephone: (214) 840-5320
    Facsimile: (214) 840-5301

**ATTORNEYS FOR RALPH S. JANVEY IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE CASTILLO SNYDER, P.C.**

By: /s/ Edward C. Snyder
    Edward C. Snyder
    esnyder@casnlaw.com
    Jesse R. Castillo
    jcastillo@casnlaw.com
    300 Convent Street, Suite 1020
    San Antonio, Texas 78205
    (210) 630-4200
    (210) 630-4210 (Facsimile)

**BUTZEL LONG PC**

By: /s/ Peter D. Morgenstern
    Peter D. Morgenstern
    (admitted pro hac vice)
    morgenstern@butzel.com
    380 Madison Ave,
    22nd Floor
    New York, NY 10017
    (212) 818-1110
    (212) 818-0494 (Facsimile)

**ATTORNEYS FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE**

Respectfully Submitted,

**THOMPSON COE COUSINS & IRONS LLP**

By: /s/ Thomas A. Culpepper
    Thomas A. Culpepper
    tculpepper@thompsoncoe.com
    Stephen C. Richman
    srichman@thompsoncoe.com
    Plaza of the Americas
    700 North Pearl Street, 25th Floor
    Dallas, Texas 75201
    (214) 871-8200
    (214) 871-2809 (Facsimile)

**ATTORNEYS FOR DEFENDANT BREAZEALE, SACHSE & WILSON LLP**

**MCKENNA & PRESCOTT, PLLC**

By: /s/ Bruce A. McKenna
    Bruce A McKenna
    Oklahoma Bar No. 6021
    5801 E. 41st Street, Suite 501
    Tulsa, Oklahoma  74135
    (918) 935-2085
    (918) 935-2086 (Facsimile)

**ATTORNEYS FOR DEFENDANT CLAUDE F. REYNAUD, JR.**

## CERTIFICATE OF SERVICE

On September 2, 2014, all counsel of record were served in accordance the Federal Rule of Civil Procedure 5(b)(3).

                                                 /s/ *Douglas J. Buncher*
                                                 Douglas J. Buncher

80610v.1