## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE; and PHILIP A. WILKINSON, and HORACIO MENDEZ, individually and on behalf of a class of all others similarly situated, | |
| Plaintiffs, | Case No. 3:11-cv-0329-N |
| vs. | |
| ADAMS AND REESE, LLP; JAMES AUSTIN; BREAZEALE, SACHSE & WILSON, LLP; CLAUDE REYNAUD; J.D. PERRY; REBECCA HAMRIC; MICHAEL CONTORNO; LOUIS FOURNET; JAY COMEAUX; CORDELL HAYMON; THOMAS FRAZER; ZACK PARRISH; DANIEL BOGAR; and JASON GREEN, | |
| Defendants. | |
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, AND THE OFFICIAL STANFORD INVESTORS COMMITTEE | |
| Plaintiffs, | Case No. 3:12-CV-495-N-BG |
| vs. | |
| ADAMS & REESE, LLP; BREAZEALE, SACHSE & WILSON, LLP; ROBERT SCHMIDT; JAMES AUSTIN; CLAUDE F. REYNAUD, JR.; CORDELL HAYMON; THOMAS FRAZER | |
| Defendants. | |

## AMENDED STIPULATION AND [PROPOSED] ORDER WITH NOTICE OF SETTLEMENT AND BAR ORDER PROCEEDINGS

PLEASE TAKE NOTICE that Ralph S. Janvey, in his capacity as Court-appointed Receiver for the Stanford Receivership Estate (the "**Receiver**"), The Official Stanford Investors Committee ("**OSIC**"), Philip A. Wilkinson and Horacio Mendez ("**Named Plaintiffs**" and, together with the Receiver and OSIC, "**Plaintiffs**") have entered into an Amended Stipulation and Settlement Agreement settling all claims in the above-captioned actions (the "**Settlement**") against Adams and Reese LLP, Robert C. Schmidt ("**Schmidt**") and James R. Austin ("**Austin**" and, together with A&R and Schmidt, the "**A&R Parties**"), Breazeale, Sachse & Wilson, LLP and Claude F. Reynaud, Jr. ("Reynaud"), but, as to Reynaud, only those limited claims as set forth and defined in the Settlement (collectively "**BSW**"), Cordell Haymon ("**Haymon**") and Lynnette B. Frazer, Individually and as Independent Executrix of the Estate of Thomas L. Frazer ("**Frazer**").  The Receiver, the OSIC, Named Plaintiffs, the A&R Parties, BSW, Haymon and Frazer are referred to in this document as the "**Settling Parties**."

PLEASE TAKE FURTHER NOTICE that Plaintiffs have filed a Motion For Order Approving Proposed Settlement with Adams & Reese LLP, BSW, Cordell Haymon And Lynette Frazer and for Entry of Bar Order, Approving Notice and Entry of Scheduling Order, and Approving Attorneys' Fees (the "**Motion to Approve**") in the action captioned *SEC v. Stanford Int'l Bank, Ltd.*, No. 3:09-cv-0298-N (N.D. Tex.) (the "**Receivership Action**").  Copies of the Motion to Approve and supporting papers may be obtained from the Court's docket in the Receivership Action (ECF No. 2134) and are also available on the official website of the Receiver (http://www.stanfordfinancialreceivership.com).

IT IS FURTHER STIPULATED AND AGREED, by and among the Settling Parties, that all proceedings in the above-captioned actions against the A&R Parties, BSW, Haymon, and Frazer shall be stayed pending disposition of the Motion to Approve, with the limited exception

of proceedings relating to deposition of Haymon in Case No. 3:11-cv-0495-B. This stay shall not apply to Plaintiffs claims against Reynaud that are not specifically released in the Settlement, and which shall continue without regard to the pending Motion to Approve the Settlement.

Dated: May 18, 2015

CASTILLO SNYDER, P.C.

By: */s/ Edward C. Snyder*
Edward C. Snyder
(esnyder@casnlaw.com)
Jesse R. Castillo
(jcastillo@casnlaw.com)
300 Convent Street, Suite 1020
San Antonio, Texas 78205
(210) 630-4200
(210) 630-4210 (Facsimile)

BUTZEL LONG, P.C.

By: */s/ Peter D. Morgenstern*
Peter D. Morgenstern (*admitted pro hac vice*)
(morgenstern@butzel.com)
380 Madison Avenue
New York, New York 10017
(212) 374-5379
(212) 818-0494 (Facsimile)

Attorneys for OSIC and Named Plaintiffs

NELIGAN FOLEY, LLP

By: */s/ Nicholas A. Foley*
Nicholas A. Foley
(nfoley@neliganlaw.com)
Douglas J. Buncher
(dbuncher@negliganlaw.com)
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
(214) 840-5320
(214) 840-5301 (Facsimile)

Attorneys for Receiver

*Attorneys for the A&R Parties*:

JOSEPH HAGE AARONSON LLC

By: */s/ Gregory P. Joseph*
Gregory P. Joseph
(gjoseph@jhany.com)
Douglas J. Pepe
(dpepe@jhany.com)
Jeffrey H. Zaiger

KELLY HART & HALLMAN LLP

By: */s/ David E. Keltner*
David E. Keltner
(david.keltner@kellyhart.com)
201 Main Street, Suite 2500
Fort Worth, Texas 76102

(jzaiger@jhany.com)                              (817) 878-3560
Courtney A. Solomon                           (817) 878-9760 (Facsimile)
(csolomon@jhany.com)
(*Admitted pro hac vice*)
485 Lexington Avenue, 30th Floor
New York, NY  10017
(212) 407-1200
(212) 407-1299 (Facsimile)

**Attorneys for Breazeale, Sachse & Wilson, LLP:**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Thomas A. Culpepper*
Thomas A. Culpepper
tculpepper@thompsoncoe.com
Stephen C. Richman
srichman@thompsoncoe.com
700 N. Pearl Street – 25th Floor
Dallas, Texas 75201-2832
(214) 871-8200
(214) 871-8209 (Facsimile)

**Attorneys for Haymon and Frazer:**

JACKSON WALKER L.L.P.

By: */s/ Charles L. Babcock*
Charles L. Babcock
Federal Bar No. 10982
cbabcock@jw.com
Kurt A. Schwarz
Texas State Bar No. 17871550
kschwarz@jw.com
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6000
(214) 953-5822 (Facsimile)

Joel R. Glover
Federal Bar No. 2221289
jglover@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010

(713) 752-4200
(713) 308-4114 (Facsimile)


SO ORDERED this _____ day of _____ 2015


_____
UNITED STATES DISTRICT JUDGE