IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, AND THE OFFICIAL STANFORD INVESTORS COMMITTEE | § § § § § § | |
| vs. | § § § | CIVIL ACTION NO. 3:12-CV-0495-N-BL |
| ADAMS & REESE, LLP, BREAZEALE, SACHSE & WILSON, LLP, ROBERT SCHMIDT, JAMES AUSTIN, CLAUDE F. REYNAUD, JR., CORDELL HAYMON, and THOMAS FRAZER | § § § § § § | |

JOINT STIPULATION OF PARTIES REGARDING CERTAIN DEADLINES

Plaintiffs Ralph S. Janvey, in His Capacity as Court-Appointed Receiver for The Stanford Receivership Estate, and The Official Stanford Investors Committee (collectively "Plaintiffs"), and Defendant Claude F. Reynaud, Jr. ("Defendant") file this Joint Stipulation of Parties Regarding Certain Deadlines, as follows:

1. The parties agree and stipulate that the deadline for Plaintiffs to file a Response to Defendant Claude Reynaud's Motion for Summary Judgment and Brief in Support [DOC 164 and DOC 165], is extended to **Monday, November 30, 2015**.

2. The parties agree and stipulate that the deadline for disclosure of rebuttal experts pursuant to Rule 26(a)(2) or supplementation with rebuttal opinions pursuant to Rule 26(e)(1) is now **Monday, November 30, 2015**.

Dated:    August 26, 2015.

Respectfully submitted,

**NELIGAN FOLEY, LLP**

By: */s/ Douglas J. Buncher*
    DOUGLAS J. BUNCHER
    Texas Bar No. 03342700

Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Tel: (214) 840-5300    Fax: (214) 840-5301
dbuncher@neliganlaw.com
nfoley@neliganlaw.com

**COUNSEL FOR RALPH S. JANVEY, IN HIS CAPACITY AS RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE**

**CASTILLO SNYDER, P.C.**

By:    EDWARD C. SNYDER
    Texas Bar No. 00791699
    JESSE R. CASTILLO
    Texas Bar No. 03986600

300 Convent Street, Suite 1020
San Antonio, Texas 78205
Tel: (210) 630-4200    Fax: (210) 630-4210
esnyder@casnlaw.com
jcastillo@casnlaw.com

*AND*

**BUTZEL LONG PC**

By:   PETER D. MORGENSTERN
       *Pro Hac Vice*

380 Madison Avenue, 22nd Floor
New York, NY 10017
Tel:  (212) 818-1110     Fax:  (212) 818-0494
morgenstern@butzel.com

**COUNSEL FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE**



**COBB MARTINEZ WOODWARD PLLC**

By:       */s/  William D. Cobb, Jr.*
       WILLIAM D. COBB, JR.
       Texas Bar No. 04444150
       CARRIE JOHNSON PHANEUF
       Texas Bar No. 24003790

1700 Pacific Avenue, Suite 3100
Dallas, TX 75201
Tel:  (214) 220-5206     Fax:  (214) 220-5256
wcobb@cobbmartinez.com
cphaneuf@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT CLAUDE REYNAUD**

## CERTIFICATE OF SERVICE

      On August 27, 2015, I electronically submitted the foregoing document with the Clerk of the Court of the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the Court.  I hereby certify that I will serve all parties individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                          */s/  Carrie Johnson Phaneuf*
                                      CARRIE JOHNSON PHANEUF