## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, AND THE OFFICIAL STANFORD INVESTORS COMMITTEE<br><br>Plaintiffs,<br><br>vs.<br><br>ADAMS & REESE, LLP; BREAZEALE, SACHSE & WILSON, LLP; ROBERT SCHMIDT; JAMES AUSTIN; CLAUDE F. REYNAUD, JR.; CORDELL HAYMON; THOMAS FRAZER<br><br>Defendants. | Case No. 3:12-CV-495-N-BG |

## STIPULATION AND [PROPOSED] ORDER
## DISMISSING CERTAIN CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure by and among Plaintiffs Ralph S. Janvey, in his capacity as Court-appointed Receiver for the Stanford Receivership Estate, and the Official Stanford Investors Committee (together, "Plaintiffs"), on the one hand, and Defendants Adams and Reese LLP, Robert Schmidt, and James Austin (collectively, "A&R"), Breazeale, Sachse & Wilson, LLP ("BSW"), Cordell Haymon ("Haymon") and Lynnette B. Frazer, Individually and as Independent Executrix of the Estate of Thomas L. Frazer ("Frazer"), on the other hand, by and through their undersigned counsel, that all claims and causes of action asserted by Plaintiffs against A&R, BSW, Haymon, and Frazer in the above-captioned case are dismissed with prejudice and without costs.  Plaintiffs also dismiss with prejudice and without costs all claims asserted against Claude

F. Reynaud, Jr. ("Reynaud") that are based upon, arise out of, are attributable to, or result from any act, error, omission, circumstance, personal injury, or breach of duty in the rendition of legal services for others (including, but not limited to, The Stanford Trust Company, The Stanford Group Company, The Stanford Financial Group Company, and any other affiliated entity or individual) in Reynaud's capacity as a lawyer.  This order does not apply to claims for breach of fiduciary duty against Reynaud that are based upon, arise out of, are attributable to, or result from Reynaud's activities as an officer or director of the Stanford Trust Company.

RESPECTFULLY SUBMITTED this 29th day of October, 2015.

**NELIGAN FOLEY, LLP**

By: */s Nicholas A. Foley*
Nicholas A. Foley (nfoley@neliganlaw.com)
Douglas J. Buncher
(dbuncher@negliganlaw.com)
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
(214) 840-5320
(214) 840-5301 (Facsimile)

*Attorneys for Plaintiffs*

**BUTZEL LONG PC**

By: */s/ Peter D. Morgenstern*
Peter D. Morgenstern
(pmorgenstern@mfbnyc.com)
380 Madison Ave., 22nd Floor
(212) 374-5379
(212) 818-0494 (Facsimile)

*Attorneys for OSIC*

**CASTILLO SNYDER, P.C.**

By: */s/ Edward C. Snyder*
Edward C. Snyder (esnyder@casnlaw.com)
Jesse R. Castillo (jcastillo@casnlaw.com)
300 Convent Street, Suite 1020
San Antonio, Texas 78205
(210) 630-4200
(210) 630-4210 (Facsimile)

*Attorneys for OSIC*

**JOSEPH HAGE AARONSON LLC**

By: */s/ Gregory P. Joseph*
Gregory P. Joseph (gjoseph@jhany.com)
Douglas J. Pepe (dpepe@jhany.com)
Jeffrey H. Zaiger (jzaiger@jhany.com)
Courtney A. Solomon (csolomon@jhany.com)
485 Lexington Avenue, 30th Floor
New York, NY  10017
(212) 407-1200
(212) 407-1299 (Facsimile)

*Attorneys for Defendants Adams and Reese LLP, Robert Schmidt, and James Austin*

**KELLY HART & HALLMAN LLP**

By: _David E. Keltner_
David E. Keltner
(david.keltner@kellyhart.com)
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 878-3560
(817) 878-9760 (Facsimile)

*Local Attorneys for Defendants Adams and
Reese LLP, Robert Schmidt, and James Austin*

**JACKSON WALKER L.L.P.**

By: _/s/ Charles L. Babcock_
Charles L. Babcock
Federal Bar No. 10982
cbabcock@jw.com
Kurt A. Schwarz
Texas State Bar No. 17871550
kschwarz@jw.com
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-6000
(214) 953-5822 (Facsimile)

Joel R. Glover
Federal Bar No. 2221289
jglover@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 308-4114 (Facsimile)

*Attorneys for Defendant Cordell Haymon and
Lynnette B. Frazer, Individually and as
Independent Executrix of the Estate of Thomas
L. Frazer*

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: _/s/ Thomas A. Culpepper_
Thomas A. Culpepper
tculpepper@thompsoncoe.com
Stephen C. Richman
srichman@thompsoncoe.com
700 N. Pearl Street – 25th Floor
Dallas, Texas 75201-2832
(214) 871-8200
(214) 871-8209 (Facsimile)

*Attorneys For Breazeale, Sachse & Wilson,
LLP*

SO ORDERED this _____ day of _____ 2015

_____
UNITED STATES DISTRICT JUDGE