IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE, AND THE OFFICIAL STANFORD INVESTORS COMMITTEE | § § § § § § | |
| vs. | § § § | CIVIL ACTION NO. 3:12-CV-0495-N-BL |
| ADAMS & REESE, LLP, BREAZEALE, SACHSE & WILSON, LLP, ROBERT SCHMIDT, JAMES AUSTIN, CLAUDE F. REYNAUD, JR., CORDELL HAYMON, and THOMAS FRAZER | § § § § § § | |

PLAINTIFFS' AND DEFENDANT CLAUDE REYNAUD'S
JOINT MOTION FOR A STAY OF THE PROCEEDINGS

Plaintiffs Ralph S. Janvey, in His Capacity as Court-Appointed Receiver for The Stanford Receivership Estate, and The Official Stanford Investors Committee (collectively "Plaintiffs"), and Defendant Claude F. Reynaud, Jr. ( "Defendant") file this Joint Motion for a Stay of the Proceedings, as follows:

1. The joint movants are aware that on December 14, 2015, this Court entered a Notice of Settlement and Stipulated Order Staying All Deadlines in the case in *Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Co. v. Janvey*, Civil Action No. 3:09-cv-1736 (Doc. No. 133) (the "Lloyd's Case"). Additionally, the movants are aware of a motion filed by Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Co. (collectively "Lloyd's") on December 15, 2015 (Doc. 134) in the Lloyd's Case to enforce what the Lloyd's motion contends is a settlement between Lloyd's and the


Receiver, which, if granted, and the settlement terms approved by the court, would impact the resolution of the claims Plaintiffs assert against Reynaud in this Lawsuit.

2. While the Lloyd's Motion to Enforce is being determined and/or Lloyd's and the Receiver continue to work toward a resolution, it is in the best interest of the parties and in the interest of judicial economy that all deadlines, including trial deadlines, in this Lawsuit be stayed until further order of this Court.

3. A district court has the inherent power to control its own docket, including the power to stay proceedings before it. See *Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636, 137 L. Ed. 2d 945 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). How to best manage the court's docket "calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55, 57 S. Ct. 163, 81 L. Ed. 153 (1936); *Gonzalez v. Infostream Grp.*, Inc., No. 2:14-cv-906 (E.D. Tex. Mar. 2, 2015).

4. Judicial and party resources will be saved by staying this litigation pending determination of the Lloyd's Motion to Enforce and the effect, if any, such determination will have on the resolution of the claims in this case.

5. Further, the movants agree that the prejudice, if any, from a short delay in the case will clearly be outweighed by the benefit of judicial efficiency.

6. Accordingly, the movants jointly and respectfully request that this Court grant this Motion to Stay this action until the Court determines Lloyd's Motion to Enforce Settlement in Civil Action No. 3:09-cv-1736.

Dated:   January 11, 2016.

Respectfully submitted,

**NELIGAN FOLEY, LLP**

By: */s/ Douglas J. Buncher*
    DOUGLAS J. BUNCHER
    Texas Bar No. 03342700

Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Tel: (214) 840-5300    Fax: (214) 840-5301
dbuncher@neliganlaw.com
nfoley@neliganlaw.com

**COUNSEL FOR RALPH S. JANVEY, IN HIS CAPACITY AS RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE**

**CASTILLO SNYDER, P.C.**

By:   EDWARD C. SNYDER
      Texas Bar No. 00791699
      JESSE R. CASTILLO
      Texas Bar No. 03986600

300 Convent Street, Suite 1020
San Antonio, Texas 78205
Tel: (210) 630-4200    Fax: (210) 630-4210
esnyder@casnlaw.com
jcastillo@casnlaw.com

*AND*

**BUTZEL LONG PC**

By:   PETER D. MORGENSTERN
      *Pro Hac Vice*

380 Madison Avenue, 22nd Floor
New York, NY 10017
Tel:  (212) 818-1110      Fax:  (212) 818-0494
morgenstern@butzel.com

**COUNSEL FOR THE OFFICIAL
STANFORD INVESTORS COMMITTEE**



**COBB MARTINEZ WOODWARD PLLC**

By:_____/s/  William D. Cobb, Jr._____
      WILLIAM D. COBB, JR.
      Texas Bar No. 04444150
      CARRIE JOHNSON PHANEUF
      Texas Bar No. 24003790

1700 Pacific Avenue, Suite 3100
Dallas, TX 75201
Tel:  (214) 220-5206      Fax:  (214) 220-5256
wcobb@cobbmartinez.com
cphaneuf@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT
CLAUDE REYNAUD**

## CERTIFICATE OF SERVICE

      On January 11, 2016, I electronically submitted the foregoing document with the Clerk of the Court of the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the Court.  I hereby certify that I will serve all parties individually or through their counsel of record, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                              */s/  Carrie Johnson Phaneuf*
                              CARRIE JOHNSON PHANEUF